IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00204-PAB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. HILARIO LAUREL-VEGA,

 Defendant.
_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

  This matter has been scheduled for a three-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **July 6, 2009 at 8:00 a.m.**  It is

  ORDERED that all pretrial motions shall be filed by **June 4, 2009** and responses to these motions shall be filed by **June 11, 2009.**  It is further

  ORDERED that a Trial Preparation Conference is set for **July 2, 2009 at 9:00 a.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.

  The parties shall be prepared to address the following issues at the Trial Preparation Conference:

  1) jury selection;

  2) sequestration of witnesses;

  3) timing of presentation of witnesses and evidence;

  4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED May 14, 2009.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge