IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00204-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HILARIO LAUREL-VEGA,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    The sentencing hearing previously scheduled for October 16, 2009 is reset for **November 20, 2009 at 8:00 a.m**.

    DATED October 19, 2009.